NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PRESSURE SYSTEMS INTERNATIONAL INCORPORATED,**
*Plaintiff-Appellant,*

**v.**

**AIRGO IP, LLC, AIRGO SYSTEMS, LLC, and ANTHONY INGRAM,**
*Defendants-Appellees,*

*and*

**JOHN BRADLEY,**
Defendant.

---

2011-1544

---

Appeal from the United States District Court for the Southern District of Texas in consolidated Case Nos. 08-CV-0245 and 08-CV-0200, Judge Lynn H. Hughes.

---

**JUDGMENT**

---

LAWRENCE M. HADLEY, Hennigan Dorman, LLP, of Los Angeles, California, argued for plaintiffs-appellants.

With him on the brief were HAZIM ANSARI and MIEKE K. MALMBERG.

GREGORY C. GARRE, Latham & Watkins, LLP, of Washington, DC, argued for defendant-appellee. On the brief were RICHARD G. FRENKEL and LISA K. NGUYEN, Menlo Park, California. Of counsel was RICHARD P. BESS.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 13, 2012      /s/ Jan Horbaly
Date          Jan Horbaly
          Clerk